AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

36 C.F.R. 2.32(a)(1)
Interfering with agency function

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term: 6 months
Maximum Fine: $5,000
Mandatory Special Assessment: $10

---

**DEFENDANT - U.S.**

▶ BJORN KRISTIAN LILLEDAL

**DISTRICT COURT NUMBER**

CR 07 0389 MAG

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

National Park Service, US Park Rangers

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  DEREK OWENS

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 6/15/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6                            E-filing
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        ) CR No. 07  0389
13 |     Plaintiff,                   ) VIOLATION: 36 C.F.R. § 2.32(a)(1) --
                                      ) Interfering with Agency Functions
14 | v.                               ) (Class B Misdemeanor)
                                      )                                    MAG
15 | BJORN KRISTIAN LILLEDAL,         )
                                      )
16 |     Defendant.                   ) SAN FRANCISCO VENUE
                                      )
17 |_____ )
18
19                              INFORMATION
20  The United States Attorney charges:
21      On or about June 15, 2007, in the Northern District of California, within the boundaries of
22  the Golden Gate National Recreation Area, an area within the purview of the National Park
23  Service, the defendant,
24                         BJORN KRISTIAN LILLEDAL,
25  did threaten, resist, intimidate, and intentionally interfere with a government employee or agent
26  engaged in an official duty, in violation of Title 36, Code of Federal Regulations, Section
27  //
28  //

INFORMATION

1  2.32(a)(1), a Class B misdemeanor.

2

3  DATED: 6/20/07

4                                                  SCOTT N. SCHOOLS
                                                   United States Attorney
5

6                                                  _____
                                                   GREGG W. LOWDER
7                                                  Deputy Chief, Major Crimes Section

8  (Approved as to form: _____)
                          DEREK R. OWENS
9                         Special Assistant United States Attorney

INFORMATION                        -2-