UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


USA et al,

             Plaintiff,

  v.

BJORN KRISTIAN LILLEDAL et al,

             Defendant.

                                 /

Case Number: CR07-00389 MAG

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


James Hepburn Sutton
Attorney at Law
23 Olive Avenue
San Rafael, CA 94901


Dated: June 4, 2008

Richard W. Wieking, Clerk
By: Lashanda Scott, Deputy Clerk