JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-07-0389 MAG |
|    Plaintiff, ) | **MOTION AND [PROPOSED] ORDER TO PLACE MATTER ON CALENDAR FOR BAIL REVIEW HEARING** |
|    v. ) | |
| BJORN KRISTIAN LILLEDAL, ) | |
|    Defendant. ) | |

     Based on the facts set forth in the Declaration of Sergio Perez, the United States moves for this matter to be placed on calendar for a bail review hearing before the Honorable Judge Bernard Zimmerman on August 20, 2008, at 1:30 p.m., or as soon thereafter as the matter may be

//
//
//
//
//
//

MOTION AND PROPOSED ORDER FOR BAIL REVIEW HEARING
Case No. CR-07-0389-MAG

heard. The facts contained in the Declaration of Sergio Perez establish good cause for a bail review hearing to be conducted in this case.

                                         Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

Dated: 8/15/08                          /s/
                                         WENDY THOMAS
                                         Special Assistant U.S. Attorney

    IT IS HEREBY ORDERED, that the Court will conduct a bail review hearing in this matter on _____, 2008 at _____ a.m./p.m.

Dated: _____
                                         BERNARD ZIMMERMAN
                                         United States Magistrate Judge