```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
 5
       450 Golden Gate Avenue
 6     San Francisco, California  94102
       Telephone: (415) 436-6809
 7     Facsimile: (415) 436-7234
       E-Mail: wendy.thomas@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 07-0389 MAG |
|---|---|
| Plaintiff, | ) Violation: 36 C.F.R. § 2.32(a)(1) - Interfering with Agency Functions (Class B Misdemeanor) |
| v. | ) |
| BJORN KRISTIAN LILLEDAL, | ) **DECLARATION OF <u>SERGIO PEREZ</u> IN SUPPORT OF UNITED STATES' MOTION FOR BAIL REVIEW HEARING** |
| Defendant. | ) |

I, Sergio Perez, hereby declare as follows:

1. I am a Law Clerk assigned to prosecute this case. I have received the following information from attorneys and law clerks at the United States Attorney's Office, officers employed by the National Park Service and Pretrial Services Office, and other documents provided to me by the National Park Service and Pretrial Services Office.

2. On June 20, 2007, the United States filed a one-count Information against the defendant, Bjorn Kristian Lilledal ("defendant"), charging defendant with Interfering with Agency Functions, pursuant to 36 C.F.R. § 2.32(a)(1).

DECLARATION IN SUPPORT OF MOTION FOR BAIL REVIEW
Case No. CR 07-0389-MAG

3. On June 22, 2007, the defendant was arraigned on this Information before the Honorable Magistrate Judge Bernard Zimmerman.

4. In July of 2007, the defendant was referred to Pretrial Services for evaluation of his eligibility for pretrial diversion.

5. In August of 2007, the defendant was found eligible for pretrial diversion.

6. In September of 2007, the pretrial diversion agreement was sent to defendant.

7. On or about September 18, 2007, defense counsel informed the United States that the defendant's mother was extremely ill and the defendant needed to return to Norway to care for her for approximately one month.

8. In October of 2007, law clerk Laura Terlouw contacted defense counsel, who informed her the defendant was still in Norway.

9. In January of 2008, law clerk Linda Wu contacted defense counsel, who informed her the defendant was still in Norway.

10. In May of 2008, law clerk Linda Wu contacted defense counsel, who informed her the defendant was still in Norway.

11. On or about June 4, 2008, Pretrial Services Officer Josh Libby filed a Form 8 requesting this matter be placed on calendar for a bail review hearing.

12. On June 11, 2008, a bail review hearing was conducted before the Honorable Judge Bernard Zimmerman.  At that time, a bench warrant was stayed until August 11, 2008, in order to allow the defendant an opportunity to return from Norway and enter into pretrial diversion.

13. Pretrial services received a copy of the diversion agreement signed by the defendant and postmarked June 27, 2008, but the defendant has not reported to Pretrial Services for commencement of pretrial diversion.

14. On July 31, 2008, law clerk Sara Kim contacted defense counsel who informed her that defendant was still in Norway.

15. On August 11, 2008, government counsel spoke to defense counsel who informed government counsel the defendant is still in Norway.

//

DECLARATION IN SUPPORT OF MOTION FOR BAIL REVIEW
Case No. CR 07-0389-MAG                                         -2-

1  I declare under penalty of perjury according to the laws of the United States that the
2  foregoing is true and correct to the best of my knowledge and belief.
3  Executed August 15, 2008, at San Francisco, California.

>                 /s/
> Sergio Perez

DECLARATION IN SUPPORT OF MOTION FOR BAIL REVIEW
Case No. CR 07-0389-MAG        -3-