1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYSBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone:  (415) 436-6809
7      Fax:  (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,  )  No. CR 07-0389 MAG
   |                            )
14 |        Plaintiff,           )
   |                            )  **[PROPOSED] ORDER AND MOTION**
15 |    v.                       )  **TO DISMISS INFORMATION**
   |                            )
16 | BJORN KRISTIAN LILLEDAL,    )
   |                            )
17 |                            )
   |        Defendant.           )
18 |_____)

19     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 United States Attorney for the Northern District of California moves to dismiss the above

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

DISMISSAL OF INFORMATION
CR 07-0389 MAG

1 | Information with prejudice. The defendant has successfully completed his pretrial diversion
2 | program.

3 |                Respectfully submitted,

4 |                JOSEPH P. RUSSONIELLO
               United States Attorney

6 | DATED: __04/17/2009__        _____/s/_____
               WENDY THOMAS
7 |                Special Assistant United States Attorney

9 |  The Court hereby grants leave to dismiss the above Information with prejudice.

11 | DATED: __April 20, 2009__     _____/s/ Bernard Zimmerman_____
12 |                BERNARD ZIMMERMAN
               United States Magistrate Judge

**IT IS SO ORDERED**
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISMISSAL OF INFORMATION
CR 07-0389 MAG